UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA MEDRANO,

          Plaintiff,

  v.

MARSHALLS OF MA, INC., et al.,

          Defendants.

CASE NO. C13-501 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Plaintiff's motion for summary judgment regarding liability and spoliation of evidence, docket no. 19, is DENIED.  There are material issues of fact that preclude summary judgment.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 27th day of May, 2014.

                        William M. McCool
                        Clerk

                        s/Claudia Hawney
                        Deputy Clerk

MINUTE ORDER - 1